ALSB LBF283 (3/15)

# United States Bankruptcy Court
## Southern District of Alabama

In re: Brent Farrell Barker and Belinda Ann Barker     Case No. 10-01812

**MOTION FOR DISCHARGE FOR CHAPTER 12 AND 13 CASES UNDER 11 U.S.C. 1228 AND 1328 AND DEBTOR'S CERTIFICATIONS REGARDING DISCHARGE ELIGIBILITY, DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

PURSUANT TO LOCAL RULE, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO CLERK, U.S. BANKRUPTCY COURT, 201 ST. LOUIS STREET, MOBILE, ALABAMA 36602

The Debtor in the above captioned matter certifies as follows:

### Part I. Certification Regarding Discharge Eligibility (check no more than one)

Pursuant to 11 U.S.C. Sections 1328(f), I certify that:

[X] I/we have not received a discharge in a previous Bankruptcy action.

[ ] I/we have received a discharge in a previous Chapter 7, 11, or 12 Bankruptcy action, but it was more than 4 years preceding the date of the order for relief for the underlying Chapter 13. *11 U.S.C Section 1328(f)(1)*

[ ] I/we have received a discharge in a previous Chapter 13, but it was more than 2 years preceding the date of such order. *11 U.S.C Section 1328(f)(2)*

[ ] I/we have received a discharge in a previous Bankruptcy action, but am entitled to a discharge because (explain):

_____

_____

[ ] I/we ARE NOT entitled to a Discharge.

### Part II. Certification Regarding Domestic Support Obligations (check no more than one)

Pursuant to 11 U.S.C. Sections 1228(a) or 1328(a), I certify that:

[X] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 12 or 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

Part III. If you checked the second box, you must provide the information below:

My current address: _____

My current employer and my employer's address: _____
_____

Part IV. Certification Regarding Section 522(q) (check no more than one)

Pursuant to 11 U.S.C. Sections 1228(f) or 1328(h), I certify that:

[X] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependant of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Part V. Debtor's Signature

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  4/30/2015
             Date

_____
Debtor

Executed on  4/30/15
             Date

_____
Belinda Ann Baker
Debtor